**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**JEFFREY J. ORR, ESQ.**
Nevada Bar No.: 7854
**HOMERO A GONGALEZ, ESQ**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL D. WESLEY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS ONLY STORES LLC, a Foreign Limited-Liability Company; ROE MAINTENANCE COMPANIES 1-10; ROE CLEANING COMPANIES 1-10; DOE INDIVIDUALS 1-10; DOE EMPOYEES 1-10; and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-1574-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION/MODIFICATION OF DISCOVERY PLAN AND SCHEDULING ORDER (FIFTH REQUEST)** |

Plaintiff, CHERYL D. WESLEY, and Defendant, 99 CENTS STORE ONLY, LLC, by and through their undersigned counsel, submit to the Court the following Stipulation and Order for Extension/Modification of the Discovery Plan and Scheduling Order (Document #25) pursuant to LR 26-3.

///

///

///

- 1 -

**I.      Local Rule 6-1**

Under LR IA 6-1(a) every motion to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

### A.      The Requirement of Local Rule 26-3 Is Satisfied

This is the fifth request for extension filed by the parties. Local Rule 26-3 requires that extensions must be received by the court no later than 21 days prior to any deadline. The current discovery deadline is January 3, 2022. Therefore, the parties are requesting this extension no later than than 21 days prior to the expiration of the deadline.

**II.     Local Rule 26-3(a)**

Under LR 26-3(a) a statement specifying the Discovery completed:

Both Plaintiff and Defendant have exchanged their initial documents and witness disclosures. Defendant served their initial disclosures on September 18, 2020. Plaintiff served her initial disclosures on September 18, 2020.

Defendant served discovery requests upon Plaintiff on September 18, 2020 in the form of Request for Admissions, Request for Production of Documents, and Interrogatories. Plaintiff's responses to Defendant's written discovery were received on October 19, 2020.

The deposition of Plaintiff Wesley was completed on November 16, 2020.

Defendant has issued requests for Plaintiff Wesley's medical records from the medical providers.

Defendant responded to Plaintiff's Requests for Production of Documents on November 13, 2020.

Defendant supplemented its rule 26.1 disclosures fourteen times.

Defendant has provided records to its experts.

Plaintiff has supplemented her rule 26.1 disclosure three times.

The deposition of Defendant's rule 30(b)(6) witness was completed on April 2, 2021.

The parties have made initial and rebuttal expert disclosures.

**III.  Local Rule 26-3(b)**

Under LR 26-3(b) a specific description of the Discovery that remains to be completed:

Plaintiff's treating provider Dr. John DiMuro and expert John Peterson.

**IV.  Local Rule 26-3(c)**

Under LR 26-3(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

The parties request an additional 30 days to take the depositions of Plaintiff's treating physician/expert Dr. John Dimuro and liability expert John Peterson. Although the parties have attempted to schedule both depositions prior to the current discovery cut off date of January 3, 2022, the parties have been unable to do so. Because of the holiday season, and the availability of counsel and the witnesses, the parties cannot conduct these two depositions prior to January 3, 2022. However, with a 30 day continuance of the discovery cut off date, the parties anticipate being able to complete all discovery in this case. The parties are not seeking to continue the expert disclosure deadline or the rebuttal expert disclosure deadline.

**V.  Local Rule 26-3(d)**

The parties agree and jointly request an extension of 30 days for the discovery deadlines Under LR 26-3(d) a proposed schedule for completing all remains Discovery:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 3 -

(i) Discovery cutoff dates:  Extend the current Discovery cutoff date from January 3, 2022 to the new date of **February 2, 2022**;

(ii) Expert witness disclosures: **closed**;

(iii) Rebuttal expert witness disclosures: **closed**;

(iv) Submittal of Dispositive Motions:  **March 4, 2022**; and

(v) Submittal of the Joint Pre-Trial Order (if no Dispositive Motions are filed):  **April 4, 2022**

Therefore, good cause existing, counsel jointly request that this Honorable Court allow the above proposed extended Discovery dates.

DATED this 8th day of December, 2021.          DATED this 8th day of December, 2021.

**MAINOR WIRTH, LLP**                          **BRANDON SMERBER LAW FIRM**

By: */s/ Breanna K. Hartmann, Esq.*            By:    */s/ Lew Brandon, Jr., Esq.*
   James D. Urrutia, Esq.                             Lew Brandon, Jr., Esq.
   Nevada Bar No. 12885                               Nevada Bar No. 5880
   Breanna K. Hartmann, Esq.                          Jeffrey J. Orr, Esq.
   Nevada Bar No. 13889                               Nevada Bar No. 7854
   6018 S. Ft Apache Rd. Ste 150                      Homero A. Gonzalez, Esq.
   Las Vegas, Nevada 89148                            Nevada Bar No. 15231
   *Attorneys for Plaintiff,*                         139 East Warm Springs Road
   *Cheryl D. Wesley*                                 Las Vegas, Nevada 89119
                                                      *Attorneys for Defendant*
                                                      *99 Cents Only Stores, LLC*

## ORDER

IT IS ORDERED that ECF No. 25 is GRANTED. However, the Court does not intend to grant any additional extensions. The parties are directed to complete discovery in this extended period.

**IT IS SO ORDERED**

**DATED:** 1:09 pm, December 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**